IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERRICK ANDERSON,

    Plaintiff,                  No. CIV S-09-3172 MCE KJM PS

    vs.

ROBERT HALF INTERNATIONAL, et al.,

    Defendants.            <u>ORDER</u>

    _____/

        On February 4, 2010, plaintiff filed a third amended complaint without leave of court. Under Federal Rule of Civil Procedure 15(a)(1)(B), the filing of the third amended complaint is untimely and the amended complaint will be stricken.

        Defendants' motions to dismiss are calendared for hearing on March 3, 2010. No opposition to the motions has been filed. Plaintiff was previously ordered to file opposition no later than February 3, 2010, and failed to do so. Plaintiff will be granted one final opportunity to file opposition.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The third amended complaint (docket no. 34) is stricken.

        2. Plaintiff shall file opposition, if any, to the motions to dismiss no later than February 17, 2010. Failure to file opposition and appear at the hearing will be deemed as a

1

1 statement of non-opposition and shall result in a recommendation that this action be dismissed
2 pursuant to Federal Rule of Civil Procedure 41(b).
3 DATED: February 9, 2010.

_____
U.S. MAGISTRATE JUDGE

006
anderson2.nop